In the Matter of HENRY K. ASTWOOD, Respondent, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, Respondents, and PATROLMEN'S BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK et al., Interveners, Appellants.

Submitted March 6, 1944; decided April 6, 1944.

Motion by William J. Allsopp and others, appellants and respondents, for reargument denied. (See 291 N. Y. 484.)